UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICOLE MCMILLEN,<br><br>                 Plaintiff,<br><br>v.<br><br>LAS VEGAS TOWNSHIP CONSTABLE'S OFFICE, a political subdivision of the State of Nevada; JOHN BONAVENTURA, Las Vegas Township Constable, personally and in his official capacity; DEPUTY CONSTABLE BRYAN CORNELL, personally and in his official capacity; and DEPUTY DOES 1-100, personally and in their official capacities,<br>                 Defendants. | Case No. 2:14-cv-00780-APG-NJK<br><br>**ORDER CERTIFYING CASE TO NEVADA ATTORNEY GENERAL** |

Based upon the papers submitted by the parties in this case, I conclude that some of plaintiff's arguments regarding due process call into question the constitutionality of certain provisions of Nevada Revised Statute § 258.070. Pursuant to 28 U.S.C. §2403(b) and Federal Rule of Civil Procedure 5.1(b), I hereby certify to the Attorney General for the State of Nevada that the constitutionality of N.R.S. § 258.070(3) has been called into question in this action. Pursuant to Rule 5.1(c), the Attorney General for the State of Nevada has sixty (60) days from the date of this Order to intervene in this action, if it chooses to do so.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall mail a copy of this Order to the Attorney General for the State of Nevada, via certified mail, return receipt requested, at each of the following addresses:

    Hon. Catherine Cortez Masto
    Office of the Attorney General
    100 North Carson Street
    Carson City, Nevada 89701

////

Hon. Catherine Cortez Masto
Office of the Attorney General
Grant Sawyer Building
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101

**IT IS FURTHER ORDERED** that the parties shall forthwith serve a copy of this Order upon the Attorney General for the State of Nevada.

DATED THIS 27th day of June, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2