UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NICOLE MCMILLEN,<br><br>                       Plaintiff,<br><br>v.<br><br>LAS VEGAS TOWNSHIP CONSTABLE'S OFFICE, CONSTABLE JOHN BONAVENTURA, and BRYAN CORNELL,<br><br>                       Defendants. | Case No. 2:14-CV-00780-APG-NJK<br><br>ORDER |

IT IS ORDERED that Defendants' Withdrawal of Motions #57, #61 (Dkt. #65) is hereby GRANTED. Documents #57 and #61 are hereby withdrawn.

DATED this 10th day of September, 2014.

_____
**ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE**