UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE MCMILLEN,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>LAS VEGAS TOWNSHIP CONSTABLE'S OFFICE, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:14-cv-0780-APG-NJK<br><br>ORDER<br><br>(Docket Nos. 59, 79) |

　　　　Pending before the Court is a motion to stay discovery pending resolution of Defendants' motion to dismiss. Docket No. 59. United States District Judge Andrew P. Gordon has now issued an order granting in part and denying in part Defendants' motion to dismiss. Docket No. 87. Accordingly, the motion to stay discovery is hereby **DENIED** as moot.

　　　　Also pending before the Court is Plaintiff's motion to compel initial disclosures. Docket No. 79. In light of Judge Gordon's recent ruling, the motion to compel is hereby **DENIED** without prejudice so that (to the extent a dispute remains as to the initial disclosures) the parties have an opportunity to have their briefing on any renewed motion reflect the current landscape of the claims at issue.

　　　　IT IS SO ORDERED.

　　　　DATED: January 29, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge