# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE MCMILLEN,<br><br>                Plaintiff(s),<br><br>vs.<br><br>THE LAS VEGAS TOWNSHIP CONSTABLE'S OFFICE, et al.,<br><br>                Defendant(s). | Case No. 2:14-cv-00780-APG-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 99) |

Pending before the Court is Mr. Pool's motion to withdraw as counsel for Bryan Cornell. Docket No. 99. The Court hereby **SETS** a hearing on the motion for March 16, 2015, at 3:30 p.m. in Courtroom 3A. Mr. Pool and Mr. Cornell shall appear at the hearing in person. Any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than March 9, 2015, Mr. Pool shall serve Mr. Cornell with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than March 11, 2015.

IT IS SO ORDERED.

DATED: March 5, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge