ASHCRAFT & BARR | LLP
JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
barrj@AshcraftBarr.com
2300 WEST SAHARA AVE.
SUITE 800
LAS VEGAS, NV 89102
Telephone:  (702) 631.7555
Facsimile:   (702) 631.7556

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN RYMER; RUBY KENDRICK; and NICOLE MCMILLEN,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, as successor in interest to LAS VEGAS TOWNSHIP CONSTABLE'S OFFICE, a political subdivision of the State of Nevada; SHERIFF JOE LOMBARDO, in his official capacity as Ex Officio Constable, as successor in interest to JOHN BONAVENTURA, former Las Vegas Township Constable, in his official capacity; JOHN BONAVENTURA, former Las Vegas Township Constable, personally; DEPUTY CONSTABLE BRYAN CORNELL, personally and in his official capacity; and DEPUTY DOES 1-100, personally and in their official capacities,<br><br>Defendants. | CASE NO. 2:14-cv-00780-APG-NJK<br><br>STIPULATION TO EXTEND THE DEADLINE FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [Dkt 122] AND TO EXTEND THE DEADLINE FOR MOVING DEFENDANTS TO FILE THEIR REPLY<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jeffrey F. Barr of

the law firm of ASHCRAFT & BARR | LLP, counsel for Plaintiffs Susan Rymer, Ruby

1

Kendrick, and Nicole McMillen (hereinafter "Plaintiffs) and District Attorney Steven B. Wolfson and Deputy District Attorney, Robert J. Gower, counsel for Defendants Clark County, the Las Vegas Metropolitan Police Department, as successor in interest to Las Vegas Township Constable's Office, and Sheriff Joe Lombardo in his official capacity as Ex Officio Constable, as successor in interest to John Bonaventura, former Las Vegas Township Constable, in his official capacity, that the deadline for Plaintiffs to file their Response to Defendants' Motion to Dismiss or, in the Alternative, Motion for More Definite Statement [Dkt 122] be extended to Friday, May 29, 2015.

IT IS FURTHER STIPULATED AND AGREED that the deadline for moving Defendants to file their Reply be extended to Friday, June 12, 2015.

This Stipulation is entered into for the following reasons:

1. Counsel for Plaintiffs need additional time to respond to the Defendants' Motion to Dismiss [Dkt 122] that was filed on April 21, 2015.  The Court entered a Minute Order [Dkt 123] the evening of April 21, 2015 setting the deadline for Plaintiffs to file their response to the motion fourteen (14) days from the date of the Minute Order and the deadline to file the reply seven (7) days after the filing of the opposition.

2. Upon agreement by and between the Plaintiffs and these Defendants as set forth herein, the parties respectfully request this Court grant the requested extension of time.

3. Denial of this request for an extension of the response and reply deadlines will not allow counsel adequate time to respond and reply to this motion to dismiss and the additional time requested herein is not sought for purposes of delay.

/ / /

/ / /

4. This is the first request to extend the deadline for Plaintiffs to file their Response to the Defendants' motion to dismiss and for moving Defendants to file their Reply.

RESPECTFULLY SUBMITTED this 30th day of April, 2015.

| | |
|---|---|
| Dated: April 30, 2015 | Dated: April 30, 2015 |
| ASHCRAFT & BARR \| LLP | STEVEN B. WOLFSON<br>DISTRICT ATTORNEY |
| /s/ Jeffrey F. Barr<br>JEFFREY F. BARR, ESQ.<br>NV Bar # 7269<br>2300 West Sahara, Suite 800<br>Las Vegas, Nevada 89102<br>Tel.: (702) 631-7555<br>Fax: (702) 631-7556<br>Attorneys for Plaintiffs | /s/ Robert J. Gower<br>ROBERT J. GOWER, ESQ.<br>NV Bar # 1868<br>500 South Grand Central Pkwy.<br>Las Vegas, Nevada 89115<br>Tel.: (702) 455-4761<br>Fax (702) 382-5178<br>Attorneys for Clark County,<br>Las Vegas Metropolitan Police<br>Department, and Sheriff Joe Lombardo |

## ORDER

IT IS SO ORDERED that Plaintiffs' Response to Defendants' Motion to Dismiss or, in the Alternative, Motion for More Definite Statement [Dkt 122] is due on May 29, 2015 and the moving Defendants' Reply is due on June 12, 2015.

DATED this  30th  day of        April        , 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3