AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Nicole McMillen, et al.,

Plaintiffs,

V.

Clark County, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-00780-APG-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Nicole McMillen and against defendants Sheriff Joe Lomardo in his official capacity as Ex Officio Constable and Las Vegas Metropolitan Police Department for attorney's fees in the amount of $87,876.00 and costs in the amount of $1,233.80.

9/26/2016

Date

/s/ Lance S. Wilson

Clerk

/s/ALipski

(By) Deputy Clerk