# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICOLE MCMILLEN, *et al.*, | Case No. 2:14-cv-00780-APG-NJK |
| Plaintiffs, | **ORDER** |
| v. | **(ECF No. 162)** |
| CLARK COUNTY, *et al.*, | |
| Defendants. | |

Based on the parties' Joint Motion (ECF No. 162), my prior Order awarding attorneys' fees (ECF No. 154) and the related Judgment (ECF No. 155) are hereby vacated.

Dated: February 8, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE